UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDWARD WILLIAMS,

                Plaintiff,

     -against-

POLICE OFFICER ANDERSON et al.,

               Defendants.
-------------------------------------------------------------x

**ORDER GRANTING**
**REQUEST FOR EXTENSION**

08 Civ. 1627 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Anderson's request for an extension of time is granted. Time to respond to the Complaint for all defendants is extended to July 14, 2008. The extension and adjournment are granted on the following conditions:

      1.    The Office of Corporation Counsel shall, on or before July 1, 2008, file with me a report as to which defendants have been served, and which have not yet been served.

      2.    As to defendants who have not been served, the Office shall provide their last known addresses or, alternatively, a willingness to accept service on behalf of any such unserved defendant whose last known address is not provided.

      SO ORDERED.

Dated:    New York, New York
             May 14, 2008

                                                  _____
                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge