UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

------------------------------------------------------------x

EDWARD WILLIAMS,

                  Plaintiff,

       -against-

POLICE OFFICER ANDERSON et al.,

               Defendants.

------------------------------------------------------------x

**ORDER
REGULATING PROCEEDINGS**

08 Civ. 1627 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       In his letter dated August 3, 2008, plaintiff seeks an extension to file an Amended Complaint that complies with my Order of July 29, 2008. Plaintiff is instructed to file a motion to amend his complaint, and to attach a copy of the proposed amended complaint to his motion. Plaintiff is granted an extension until August 22, 2008 to file said motion. Defendants' time to answer is extended until September 12, 2008.

       SO ORDERED.

Dated:     New York, New York
          August 8, 2008

                          ALVIN K. HELLERSTEIN
                          United States District Judge